## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re:  Debtor(s)
    **Destiny Rose Holiday**
    1012 Chapman Circle
    Stone Mountain, GA 30088

    **xxx–xx–7096**

Case No.:  **15–69209–a998**
Chapter:  **13**
Judge:  **a998**

### NOTICE OF CASE REASSIGNMENT

Notice is hereby given that this case has been reassigned to the **Honorable a998**.

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:  October 19, 2015

Form 301